IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HAROLD AND RHONDA SMITH                                PLAINTIFFS

    vs.                CASE No. 05-CV-2057

RICH MOUNTAIN ELECTRICAL
COOPERATIVE, INC. and
OSMOSE UTILITIES SERVICES, INC.                         DEFENDANTS

### **ORDER**

Now on this 14th day of February, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the Plaintiffs' Motion to Dismiss Without Prejudice (#12), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge